THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARK SUMMIT CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. (1940–1941 and 1941–1942 Taxes, Section 5, Block 1516, Lot 69.)

*Per Curiam.* The weight of the credible evidence requires us to hold that the order reducing the assessed valuations should be modified by granting further reduction as to the value of the building. Accordingly, we fix the assessed valuations as follows:

|  | 1940–1941 |  |
|---|---|---|
| Land | | $395,000 |
| Building | | 614,000 |
| Total | | $1,009,000 |
|  | 1941–1942 |  |
| Land | | $365,000 |
| Building | | 600,000 |
| Total | | $965,000 |

The order appealed from should be modified as indicated above, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant.

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

Order unanimously modified as indicated in opinion and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Settle order on notice.

ACORN EMPLOYMENT SERVICE, INC., et al., Appellants, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse the judgment in favor of the defendant and to grant judgment in favor of the plaintiffs declaring that the defendant exceeded the powers conferred upon him by statute in enacting the rules complained of, and that such rules are illegal and void.

NORTHERN INSURANCE COMPANY OF NEW YORK, Appellant, v. FRED WOLPERT, Individually and Doing Business as BLISS SERVICE STATION, Respondent. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.